PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | DOCKET NUMBER *(Tran. Court)*<br>6:01CR-77-ORL-22JGG | |
| | | DOCKET NUMBER *(Rec. Court)*<br>CR 07-079-01 T | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Miriam Falu<br>68 Wood Street, Apt. #17<br>Pawtucket, RI 02860 | DISTRICT<br>MIDDLE DISTRICT OF FLORIDA | DIVISION<br>ORLANDO | |
| | NAME OF SENTENCING JUDGE<br>The Honorable Anne C. Conway | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>January 16, 2004 | TO<br>January 15, 2008 |

OFFENSE

Conspiracy to Import Cocaine Hydrochloride, and Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine Hydrochloride

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **DISTRICT OF RHODE ISLAND** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/5/07
*Date*

Anne C. Conway
~~Chief~~ *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/14/07
Effective Date

Mary M. Lisi
United States District Judge