UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

ROSEMARY HOUSTON
RUTH CAMACHO
MARIAM FALU
HENRY GEORGE KIRLEW

CASE NO. 6:01-cr-77-Orl-22
21 U.S.C. § 963
21 U.S.C. § 846
21 U.S.C. § 853 - Forfeiture

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on or about June 1, 2000, and continuing through on or about June 6, 2001, in Orange, Osceola and Polk Counties, Florida, in the Middle District of Florida, in Jamaica, and elsewhere,

**ROSEMARY HOUSTON**
**RUTH CAMACHO**
**MARIAM FALU**
**and**
**HENRY GEORGE KIRLEW**

the defendants herein, knowingly and intentionally combined, conspired, confederated, and agreed with each other and others known and unknown to the Grand Jury, to import into the United States from a place outside the United States, five or more kilograms of a

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: ______
Deputy Clerk

quantity of a mixture and substance containing a detectable amount of cocaine hydrochloride, a controlled substance listed in Schedule II of Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B)(ii).

**COUNT TWO**

Beginning on or about June 1, 2000, and continuing through on or about June 6, 2001, in Orange, Osceola and Polk Counties, Florida, in the Middle District of Florida, in Jamaica, and elsewhere,

**ROSEMARY HOUSTON**
**RUTH CAMACHO**
**MARIAM FALU**
**and**
**HENRY GEORGE KIRLEW**

the defendants herein, knowingly, intentionally and willfully combined, conspired, confederated and agreed with each other and with other individuals, both known and unknown to the Grand Jury, to possess with intent to distribute and to distribute five or more kilograms of a mixture and substance containing cocaine hydrochloride, a controlled substance listed in Schedule II of Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)

All in violation of Title 21, United States Code, Section 846.

**FORFEITURES**

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Section 853.

2. From their engagement in the violations alleged in Counts One and Two of this Indictment, punishable by imprisonment for more than one year, the defendants

**ROSEMARY HOUSTON**
**RUTH CAMACHO**
**MARIAM FALU**
**and**
**HENRY GEORGE KIRLEW**

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of their interest in:

a. Property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as a result of such violations;

b. Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations.

3. If any of the property described above, as a result of any act or omission of the defendants:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third party;

c. Has been placed beyond the jurisdiction of the court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

A TRUE BILL,

Foreperson

MAC CAULEY
United States Attorney

By: Bruce Hinshelwood
Bruce Hinshelwood
Assistant United States Attorney

By:
Thomas W. Turner
Managing Assistant United States Attorney

APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

ROSEMARY HOUSTON
RUTH CAMACHO
MARIAM FALU
HENRY GEORGE KIRLEW

**INDICTMENT**

Violations:

21 U.S.C. § 963
21 U.S.C. § 846

A true bill,

Foreperson

Filed in open court this day June 6, 2001
of ~~May~~, A.D. 2001.

Helyn A. LaTorre
Clerk

Bail $

GPO 863 525

N:\BHinshelwood\cases\Houston_200100761\f_indictment package.wpd

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**OFFENSE CHARGED**

Conspiracy to import into the United States from a place outside thereof, a controlled substance, to wit; cocaine hydrochloride;

Conspiracy to possess with intent to distribute cocaine hydrochloride

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of Offense: Orange and Polk Counties, and Jamaica

U.S.C. Citation: 21 U.S.C. § 963
21 U.S.C. § 846

Defendant - U.S. vs.

ROSEMARY HOUSTON

Address
1102 Evergreen Place
Winter Haven, Florida

Birth Date ☐ Male ☐ Alien
(Optional unless a juvenile) ☒ Female (if applicable)

SSN:

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

U.S. Customs Service, Dadre McCreary

☐ person is awaiting trial in another Federal or State Court, give name of court:

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20, ☐ 21 or ☐ 40. Show District:

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: DOCKET NO.
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▸ MAGISTRATE CASE NO.

Name and Office of Person Furnishing information on THIS FORM MAC CAULEY

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) Bruce Hinshelwood

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons } was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution:

Has detainer been filed? ☐ Yes } If "Yes" ☐ No } give date filed:

Mo. Day Year

DATE OF ARREST ▸

Or... if arresting Agency & Warrant were not Federal
Mo. Day Year

DATE TRANSFERRED TO U.S. CUSTODY ▸

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

SERVE BY: Warrant RECOMMENDED BOND: None COURTROOM REQUIREMENTS: Large
RELATED CASES: 6:01-cr-19-Orl-18KRS

| PENALTIES: | | |
|---|---|---|
| | 21 U.S.C. § 963<br>21 U.S.C. § 846 | 10 Years to Life<br>At least 5 yrs S/R<br>$4 million Fine<br>$100.00 S/A |

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

### OFFENSE CHARGED

Conspiracy to import into the United States from a place outside thereof, a controlled substance, to wit; cocaine hydrochloride;

Conspiracy to possess with intent to distribute cocaine hydrochloride

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of Offense: Orange and Polk Counties, and Jamaica

U.S.C. Citation: 21 U.S.C. § 963
21 U.S.C. § 846

Defendant - U.S. vs.

RUTH CAMACHO

Address
708 Evergreen Street
Winter Haven, Florida

Birth Date ☐ Male ☐ Alien
(Optional unless a juvenile) ☒ Female (if applicable)

SSN:

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

U.S. Customs Service, Dadre McCreary

☐ person is awaiting trial in another Federal or State Court, give name of court:

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20, ☐ 21 or ☐ 40. Show District:

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▸
MAGISTRATE CASE NO.

Name and Office of Person Furnishing information on THIS FORM: MAC CAULEY

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Bruce Hinshelwood

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons } was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution:

Has detainer been filed? ☐ Yes } If "Yes" ☐ No } give date filed:

DATE OF ARREST ▸ Mo. Day Year

Or... if arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY ▸ Mo. Day Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

SERVE BY: Warrant RECOMMENDED BOND: None COURTROOM REQUIREMENTS: Large
RELATED CASES: 6:01-cr-19-Orl-18KRS

| | | |
|---|---|---|
| PENALTIES: | 21 U.S.C. § 963<br>21 U.S.C. § 846 | 10 Years to Life<br>At least 5 yrs S/R<br>$4 million Fine<br>$100.00 S/A |

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**OFFENSE CHARGED**

Conspiracy to import into the United States from a place outside thereof, a controlled substance, to wit; cocaine hydrochloride;

Conspiracy to possess with intent to distribute cocaine hydrochloride

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of Offense: Orange and Polk Counties, and Jamaica

U.S.C. Citation: 21 U.S.C. § 963; 21 U.S.C. § 846

Defendant - U.S. vs.

MIRIAM FALU

Address
338 Lake Daisy Circle
Winter Haven, Florida

Birth Date (Optional unless a juvenile)

☐ Male ☐ Alien ☒ Female (if applicable)

SSN:

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

U.S. Customs Service, Dadre McCreary

☐ person is awaiting trial in another Federal or State Court, give name of court:

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20, ☐ 21 or ☐ 40. Show District:

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Att'y ☐ Defense

DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▸

MAGISTRATE CASE NO.

Name and Office of Person Furnishing information on THIS FORM: MAC CAULEY

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Bruce Hinshelwood

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons } was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution:

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed:

DATE OF ARREST ▸ Mo. Day Year

Or... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▸ Mo. Day Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

SERVE BY: Warrant RECOMMENDED BOND: None COURTROOM REQUIREMENTS: Large

RELATED CASES: 6:01-cr-19-Orl-18KRS

PENALTIES:

| | |
|---|---|
| 21 U.S.C. § 963 | 10 Years to Life |
| 21 U.S.C. § 846 | At least 5 yrs S/R |
| | $4 million Fine |
| | $100.00 S/A |

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

**OFFENSE CHARGED**

Conspiracy to import into the United States from a place outside thereof, a controlled substance, to wit; cocaine hydrochloride;

Conspiracy to possess with intent to distribute cocaine hydrochloride

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of Offense: Orange and Polk Counties, and Jamaica

U.S.C. Citation: 21 U.S.C. § 963; 21 U.S.C. § 846

Name of District Court, and/or Judge/Magistrate Location (City)
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Defendant - U.S. vs.

HENRY GEORGE KIRLEW

Address
13514 Texas Woods Circle
Orlando, Florida

Birth Date ☒ Male ☐ Alien
(Optional unless a juvenile) ☐ Female (if applicable)

SSN:

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

U.S. Customs Service, Dadre McCreary

☐ person is awaiting trial in another Federal or State Court, give name of court:

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20, ☐ 21 or ☐ 40. Show District:

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: DOCKET NO.
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▸ MAGISTRATE CASE NO.

Name and Office of Person Furnishing information on THIS FORM: MAC CAULEY

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Bruce Hinshelwood

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons } was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution:

Has detainer been filed? ☐ Yes } If "Yes" ☐ No } give date filed:

DATE OF ARREST ▸ Mo. Day Year

Or... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▸ Mo. Day Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS:**

SERVE BY: Warrant RECOMMENDED BOND: None COURTROOM REQUIREMENTS: Large
RELATED CASES: 6:01-cr-19-Orl-18KRS

| PENALTIES: | | |
|---|---|---|
| | 21 U.S.C. § 963 | 10 Years to Life |
| | 21 U.S.C. § 846 | At least 5 yrs S/R |
| | | $4 million Fine |
| | | $100.00 S/A |