**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

01 NOV 20 PM 4: 34
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

-vs-

6:01-CR-77-ORL-22JGG

MARIAM FALU

Gilberto Colon, Jr., Esquire (Retained)
Post Office Box 130
Bartow, Florida 33831

## JUDGMENT IN A CRIMINAL CASE
**(For Offenses Committed On or After November 1, 1987)**

The defendant pleaded guilty to Counts One and Two of the Indictment. Accordingly, the court has adjudicated that t defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 963 | Conspiracy to Import Cocaine Hydrochloride | June 6, 2001 | One |
| 21 USC 846 | Conspiracy to Possess With Intent to Distribute and to Distribute Cocaine Hydrochloride | June 6, 2001 | Two |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to t Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment a fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material chan in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 03/17/55
Deft's U.S. Marshal No.: 24549-018

Defendant's Mailing Address:
1803 3rd Court, SE, Apt. A
Winter Haven, Florida 33881

Date of Imposition of Sentence:
November 16, 2001

ANNE C. CONWAY
UNITED STATES DISTRICT JUDC

November 20 ,2001

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida

By: Deputy Clerk



88

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for term of **THIRTY-SIX (36) MONTHS** on each of Counts 1 and 2, such terms shall run **concurrent**.

The Court recommends to the Bureau of Prisons:

> That the defendant be designated to the Coleman facility. It is also recommended that the defendant receive drug and alcohol abuse treatment while in confinement and that she be given medical care as needed and mental health counseling.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

____________________________________________

____________________________________________

____________________________________________

____________________________________________

Defendant delivered on ________________ to ________________________

at ________________________________, with a certified copy of this judgment.

________________________
UNITED STATES MARSHAL

By:________________________
Deputy U.S. Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term **FOUR (4) YEARS** on eacl Counts 1 and 2, such terms shall run **concurrent.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 ho of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one d test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). T defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;
2. The defendant shall report to the probation officer and shall submit a truthful and complete written report within first five days of each month;
3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probat officer;
4. The defendant shall support his or her dependents and meet other family responsibilities;
5. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooli training, or other acceptable reasons;
6. The defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence employment;
7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, administer any controlled substance or any paraphernalia related to any controlled substances, except as prescri by a physician;
8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, administered;

9. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with a person convicted of a felony, unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall per confiscation of any contraband observed in plain view by the probation officer;

11. The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcem agency without the permission of the court;

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make su notifications and to confirm the defendant's compliance with such notification requirement.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

1. The defendant shall participate as directed in a program (outpatient and/or inpatient) approved by the Probat Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detect of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for su treatment not to exceed an amount determined reasonable by the Probation Officer based on ability to pay availability of third party payment and in conformance with the Probation Office's Sliding Scale for Substance Abu Treatment Services.

2. The defendant shall participate as directed in a program of mental health treatment approved by the Probat Officer. Further, the defendant shall be required to contribute to the costs of services for such treatment no exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third pa payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.

3. The defendant shall perform **150 hours** of community service as a condition of supervision in lieu of paying a fi

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of paymer set forth in the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $200.00 | Fine Waived | N/A |

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is pa in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options ( the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

## SCHEDULE OF PAYMENTS

The Special Assessment shall be paid in full and due immediately.

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed or after September 13, 1994 but before April 23, 1996.