CLOSED, FRC, JGG

# U.S. District Court
# Middle District of Florida (Orlando)
# CRIMINAL DOCKET FOR CASE #: 6:01-cr-00077-ACC-3
# Internal Use Only

Case title: USA v. Houston, et al

Date Filed: 06/06/2001
Date Terminated: 11/16/2001

---

Assigned to: Judge Anne C. Conway

**Defendant**

**Mariam Falu** (3)
*TERMINATED: 11/20/2001*

represented by **Gilberto Colon, Jr.**
Colon & Lopez, PA
325 E Davidson St
Bartow, FL 33830
863/534-3777
Fax: 863/534-1633
Email: gcolon@cal-pa.com
*TERMINATED: 11/20/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Joseph Robert Johnson**
Law Office of Joseph R. Johnson
1999 W Colonial Dr
Orlando, FL 32804
407/292-5404
Fax: 407/292-5414
Email: jrjohnsonlaw@aol.com
*TERMINATED: 08/23/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:963=CI.F
ATTEMPT/CONSPIRACY - CONTROLLED SUBSTANCE
(1)

**Disposition**

Imprisonment - 36 months. Supervised Release - 48 months. Court recommends placement at Coleman and that defendant receive drug and alcohol abuse treatment while in confinement and that she be given medical care as needed and mental health counseling . Special Conditions of supervised

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: Deputy Clerk

| | |
|---|---|
| IMPORT/EXPORT (did conspire to import into the United States five or more kilograms of cocaine hydrochloride, a controlled substance)<br>(1) | release are: participate in a program for treatment of narcotic addiction or drug or alcohol dependency and contribute to costs of such program; participate in a program of mental health treatment and contribute to costs of such program; mandatory drug testing as directed by Probation Officer; perform 150 hours of community service. Special Assessment - $200. |
| 21:846=CP.F CONSPIRACY TO POSSESS CONTROLLED SUBSTANCE (did conspire to possess with intent to distribute five or more kilograms of cocaine hydrochloride, a controlled substance)<br>(2) | Imprisonment - 36 months. Supervised Release - 48 months. Court recommends placement at Coleman and that defendant receive drug and alcohol abuse treatment while in confinement and that she be given medical care as needed and mental health counseling . Special Conditions of supervised release are: participate in a program for treatment of narcotic addiction or drug or alcohol dependency and contribute to costs of such program; participate in a program of mental health treatment and contribute to costs of such program; mandatory drug testing as directed by Probation Officer; perform 150 hours of community service. Special Assessment - $200. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Third Party Custodian**

**Geraldine Hills**
*3rd party custodian*

---

**Third Party Custodian**

**Melita Mendez**
*3rd party custodian*

---

**Third Party Custodian**

**Jamie Falu**
*3rd party custodian*

---

**Third Party Custodian**

**Michelle Ayala**
*3rd party custodian*

---

**Plaintiff**

**United States of America** represented by **Ian B. Hinshelwood**
U.S. Attorney's Office
Middle District of Florida
500 W. Church St., Suite 300
Orlando, FL 32805
407/648-7500
Fax: 407/648-7643
Email: bruce.hinshelwood@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/06/2001 | 1 | INDICTMENT as to Rosemary Houston, Ruth Camacho, Mariam Falu and Henry George Kirlew all as to counts 1 and 2 (rdo) (Entered: 06/07/2001) |
| 06/06/2001 | | MAGISTRATE JUDGE CASE ASSIGNMENT Magistrate assigned: James G. Glazebrook (rdo) (Entered: 06/07/2001) |
| 06/06/2001 | 2 | NOTICE of attorney appearance for USA by Ian B. Hinshelwood (rdo) (Entered: 06/07/2001) |
| 06/06/2001 | 3 | NOTICE of estimated length of trial - 3 days (rdo) (Entered: 06/07/2001) |
| 06/06/2001 | 4 | NOTICE of pendency (related to 6:01-CR-19-ORL-18KRS)of other actions pursuant to Local Rule 1.04(c) by USA (rdo) (Entered: 06/07/2001) |
| 06/06/2001 | 5 | CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT by USA (rdo) (Entered: 06/07/2001) |

| | | |
|---|---|---|
| 06/07/2001 | 8 | WARRANT (ARREST) issued as to Mariam Falu (rdo) (Entered: 06/07/2001) |
| 06/12/2001 | | ARREST of Rosemary Houston, Ruth Camacho, Mariam Falu and Henry George Kirlew (rdo) (Entered: 06/13/2001) |
| 06/12/2001 | 11 | INITIAL APPEARANCE held on 6/12/01 before Magistrate Judge Karla R. Spaulding as to Rosemary Houston, Ruth Camacho, Mariam Falu and Henry George Kirlew; Tape: 2001-49: 290-984 Defendants informed of rights. (rdo) (Entered: 06/13/2001) |
| 06/12/2001 | 11 | ARRAIGNMENT held on 6/12/01 as to Rosemary Houston, Ruth Camacho, Mariam Falu and Henry George Kirlew. Defendants pled not guilty before Magistrate Judge Karla R. Spaulding Tape 2001-49: 290-984 (rdo) (Entered: 06/13/2001) |
| 06/12/2001 | 14 | CJA 23 FINANCIAL AFFIDAVIT by Mariam Falu (Filed in open court) (rdo) (Entered: 06/13/2001) |
| 06/12/2001 | 18 | NOTICE of attorney appearance for Mariam Falu by Joseph Robert Johnson (Filed in open court) (rdo) (Entered: 06/13/2001) |
| 06/12/2001 | 20 | CRIMINAL SCHEDULING ORDER as to Rosemary Houston, Ruth Camacho, Mariam Falu and Henry George Kirlew setting Status Conference for 8:30 on 7/17/01; Jury Trial for the trial term beginning at 8:30 on 8/1/01; Scheduled for Judge Anne C. Conway ( Signed by Magistrate Judge Karla R. Spaulding ) (rdo) (Entered: 06/13/2001) |
| 06/13/2001 | 21 | ORDER of temporary detention as to Rosemary Houston, Ruth Camacho, Mariam Falu and Henry George Kirlew; Detention Hearing set for 3:30 6/13/01; Scheduled for Magistrate Judge Karla R. Spaulding (Signed by Magistrate Judge Karla R. Spaulding on 6/12/01) ctc (rdo) (Entered: 06/13/2001) |
| 06/13/2001 | 24 | CJA 20 appointing Joseph R. Johnson as to Mariam Falu (By Courtroom Deputy on 6/12/01) (rdo) (Entered: 06/13/2001) |
| 06/13/2001 | 28 | WARRANT (ARREST) returned executed as to Mariam Falu on 6/12/01 (rdo) (Entered: 06/13/2001) |
| 06/14/2001 | 29 | DETENTION HEARING held on 6/12/01 before Magistrate Judge Karla R. Spaulding as to Rosemary Houston, Ruth Camacho and Mariam Falu; Defendant Kirlew waives Bond Hearing Tape: 2001-49:4308-6009 (rdo) (Entered: 06/18/2001) |
| 06/14/2001 | 34 | ORDER setting conditions of release as to Mariam Falu Bond set to $25,000 Unsecured for Mariam Falu. (Signed by Magistrate Judge Karla R. Spaulding on 6/13/01) (rdo) (Entered: 06/18/2001) |
| 06/14/2001 | | (Court only) **ADDED party Third party custodians Jamie Falu and Michelle Ayala as to Mariam Falu (rdo) (Entered: 06/18/2001) |
| 06/14/2001 | 35 | APPEARANCE BOND ($25,000 Unsecured) for Mariam Falu (Signed by Magistrate Judge Karla R. Spaulding on 6/13/01) (rdo) (Entered: |

| | | |
|---|---|---|
| | | 06/18/2001) |
| 07/17/2001 | 43 | STATUS CONFERENCE held on 7/17/01 before Judge Anne C. Conway as to Rosemary Houston, Mariam Falu and Henry George Kirlew. Court Reporter: Rita Meyer (rdo) (Entered: 07/18/2001) |
| 07/25/2001 | 48 | NOTICE of attorney appearance for Mariam Falu by Gilberto Colon Jr. (rdo) (Entered: 07/25/2001) |
| 07/30/2001 | 49 | MOTION by Mariam Falu to continue the trial currently set for August 1, 2001 (rdo) (Entered: 07/30/2001) |
| 07/31/2001 | 50 | ORDER as to Mariam Falu denying [49-1] motion to continue the trial currently set for August 1, 2001 (Signed by Judge Anne C. Conway) ctc (rdo) (Entered: 07/31/2001) |
| 08/03/2001 | 51 | NOTICE OF TRIAL: set jury trial for 10:00 on 8/23/01 for Rosemary Houston and Mariam Falu; scheduled for Judge Anne C. Conway (By Deputy Clerk on 8/2/01) ctc (rdo) (Entered: 08/03/2001) |
| 08/08/2001 | 52 | STIPULATION by Mariam Falu, substituting attorney Gil Colon, Jr. for Joseph Johnson (Originally received in Ft. Myers division on 8/6/01) (rdo) Modified on 08/08/2001 (Entered: 08/08/2001) |
| 08/13/2001 | 53 | PROPOSED JURY INSTRUCTIONS by USA as to Rosemary Houston and Mariam Falu (rdo) (Entered: 08/13/2001) |
| 08/16/2001 | 54 | AMENDED NOTICE OF TRIAL: reset jury trial for 1:00 on 8/27/01 for Rosemary Houston and Mariam Falu; scheduled for Judge Anne C. Conway (By Deputy Clerk) ctc (rdo) (Entered: 08/16/2001) |
| 08/17/2001 | 55 | NOTICE of expert witness testimony by USA as to Rosemary Houston and Mariam Falu (rdo) (Entered: 08/17/2001) |
| 08/22/2001 | 56 | NOTICE OF CHANGE OF PLEA HEARING: set change of plea hearing for 1:30 on 8/23/01 for Mariam Falu; scheduled for Judge Anne C. Conway (By Deputy Clerk) ctc (rdo) (Entered: 08/22/2001) |
| 08/22/2001 | 57 | MOTION by Mariam Falu for Joseph R. Johnson to withdraw as attorney Referred to Magistrate Judge James G. Glazebrook (rdo) (Entered: 08/22/2001) |
| 08/23/2001 | | ENDORSED ORDER granting [57-1] motion for Joseph R. Johnson to withdraw as attorney (Terminated attorney Joseph Robert Johnson for Mariam Falu) (Signed by Magistrate Judge James G. Glazebrook on 8/22/01) ctc (rdo) (Entered: 08/23/2001) |
| 08/23/2001 | 58 | CHANGE OF PLEA HEARING held before Judge Anne C. Conway, guilty plea proffered and accepted as to Mariam Falu on counts 1 and 2 Court Reporter: Rita Meyer (rdo) (Entered: 08/23/2001) |
| 08/23/2001 | 58 | NOTICE OF SENTENCING: set sentencing for 1:00 on 11/16/01 for Mariam Falu; scheduled for Judge Anne C. Conway (By Courtroom Deputy) ctc (rdo) (Entered: 08/23/2001) |
| | | |

| | | |
|---|---|---|
| 08/23/2001 | 59 | PLEA AGREEMENT as to Mariam Falu (Filed in open court) (rdo) (Entered: 08/23/2001) |
| 10/05/2001 | 74 | CJA 20 voucher #ORL2001-107 authorizing payment of $1015.59 to Joseph Robert Johnson for defendant Mariam Falu (Signed by Judge Anne C. Conway on 10/1/01) (rdo) (Entered: 10/09/2001) |
| 11/16/2001 | 85 | SENTENCING held on 11/16/01 before Judge Anne C. Conway, as to Mariam Falu on counts 1 and 2. Imprisonment - 36 months. Supervised Release - 48 months. Court recommends placement at Coleman and that defendant receive drug and alcohol abuse treatment while in confinement and that she be given medical care as needed and mental health counseling. Special Conditions of supervised release are: participate in a program for treatment of narcotic addiction or drug or alcohol dependency and contribute to costs of such program; participate in a program of mental health treatment and contribute to costs of such program; mandatory drug testing as directed by Probation Officer; perform 150 hours of community service. Special Assessment - $200. Court Reporter: Rita Meyer (rdo) (Entered: 11/19/2001) |
| 11/16/2001 | 86 | ACKNOWLEDGEMENT of right to appeal executed by Mariam Falu (Filed in open court) (rdo) (Entered: 11/19/2001) |
| 11/20/2001 | 88 | JUDGMENT as to Mariam Falu (Signed by Judge Anne C. Conway) ctc (rdo) (Entered: 11/21/2001) |
| 11/20/2001 | | (Court only) CASE CLOSED as to Rosemary Houston, Ruth Camacho, Mariam Falu and Henry George Kirlew (all defendants). (rdo) (Entered: 11/21/2001) |
| 12/03/2001 | 93 | MOTION with memorandum in support by USA as to Mariam Falu to reduce sentence pursuant to Rule 35 (rdo) (Entered: 12/04/2001) |
| 12/05/2001 | 94 | NOTICE OF HEARING: Motion hearing set for 1:30 on 12/14/01 as to: Mariam Falu, re: (93-1) Motion to Reduce Sentence; Scheduled for Judge Anne C. Conway (By Deputy Clerk) ctc (rdo) (Entered: 12/05/2001) |
| 12/07/2001 | 95 | ORDER as to Mariam Falu. The hearing on the Motion by the United States for Reduction of Sentence scheduled for Friday, December 14, 2001 is hereby CANCELLED. The Clerk is directed to terminate the Motion for Reduction of Sentence (doc. 93) as a pending motion. (Signed by Judge Anne C. Conway) ctc (rdo) (Entered: 12/07/2001) |
| 12/19/2001 | 102 | RETURN of judgment executed as to Mariam Falu on 12/10/01 at FCC, Coleman-Camp (rdo) (Entered: 12/19/2001) |
| 03/13/2002 | | Special Assessment of $200 paid by Mariam Falu (rdo) (Entered: 03/14/2002) |
| 04/16/2002 | | RECORD ON APPEAL sent to USCA re: [90-1] appeal Transmittal includes: (ROA consists of: PSI, Volume pleadings: 1; Volume transcripts: 2; Volume exhibits: 1;) USCA# 01-16655-FF (vef) (Entered: 04/16/2002) |
| | | |

| | | |
|---|---|---|
| 04/24/2002 | | ACKNOWLEDGMENT by USCA of receiving Complete Record on Appeal on 4/18/02 re: [90-1] appeal USCA # 01-16655-F (vef) (Entered: 04/25/2002) |
| 07/25/2002 | | (Court only) **CLEARED appeal flag - no further appeals pending (vef) (Entered: 07/25/2002) |
| 05/27/2004 | | (Court only) **Renotice document [125-1] remark (jrm) (Entered: 05/27/2004) |
| 11/28/2005 | | (Court only) ***FRC record data: accession # 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; agency box # 1 of 1; location # 51019890; permanent (IGC) (Entered: 11/28/2005) |
| 05/21/2007 | 130 | TRANSFER of jurisdiction to USDC, District of Rhode Island as to Mariam Falu. Transmitted transfer of jurisdiction form, with certified copies of indictment, judgment and docket sheet. (RDO, ) (Entered: 05/21/2007) |